# In the United States Court of Federal Claims

## OFFICE OF SPECIAL MASTERS
### No. 19-702V
UNPUBLISHED

| | |
|---|---|
| ANTONIO PEREZ,<br><br>                    Petitioner,<br><br>v.<br><br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES,<br><br>                    Respondent. | Chief Special Master Corcoran<br><br>Filed: March 4, 2020<br><br>Special Processing Unit (SPU);<br>Damages Decision Based on Proffer;<br>Influenza (Flu) Vaccine; Guillain-<br>Barre Syndrome (GBS) |

*Michael Adly Baseluos, Baseluos Law Firm, PLLC, San Antonio, TX, for petitioner.*

*Mark K. Hellie, U.S. Department of Justice, Washington, DC, for respondent.*

## DECISION AWARDING DAMAGES[1]

On May 14, 2019, Antonio Perez filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*,[2] (the "Vaccine Act"). Petitioner alleges that he suffered from Guillain-Barre Syndrome ("GBS") caused by an influenza ("flu") vaccination. Petition at 1. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On October 17, 2019, a ruling on entitlement was issued, finding Petitioner entitled to compensation for GBS. On February 27, 2020, Respondent filed a proffer on award of compensation ("Proffer") indicating Petitioner should be awarded $84,265.00 comprised of $83,500.00 for pain and suffering, and $765.00 in past unreimbursed medical expenses. Proffer at 1. In the Proffer, Respondent represented that Petitioner

---

[1] Because this unpublished decision contains a reasoned explanation for the action in this case, I am required to post it on the United States Court of Federal Claims' website in accordance with the E-Government Act of 2002.  44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services).  **This means the decision will be available to anyone with access to the internet.**  In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy.  If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755.  Hereinafter, for ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

agrees with the proffered award.  *Id.*  Based on the record as a whole, I find that Petitioner is entitled to an award as stated in the Proffer.

Pursuant to the terms stated in the attached Proffer, **I award Petitioner a lump sum payment of $84,265.00 (comprised of $83,500.00 for pain and suffering, and $765.00 in past unreimbursed medical expenses)  in the form of a check payable to Petitioner.**  This amount represents compensation for all damages that would be available under § 15(a).

The clerk of the court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**


                                        **s/Brian H. Corcoran**
                                        Brian H. Corcoran
                                        Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.

# In the United States Court of Federal Claims

## OFFICE OF SPECIAL MASTERS

ANTONIO PEREZ,

                   Petitioner,

v.

SECRETARY OF HEALTH
AND HUMAN SERVICES,

               Respondent.

Case No. 19-702V (ECF)

CHIEF SPECIAL MASTER
CORCORAN

## RESPONDENT'S PROFFER ON AWARD OF COMPENSATION

On May 14, 2019, petitioner filed a petition seeking compensation under the
Vaccine Act for Guillain-Barre Syndrome (GBS) that he claimed occurred within the
Table timeframe following a flu vaccine.  On October 15, 2019, respondent conceded that
entitlement to compensation was appropriate under the terms of the Vaccine Act.
Thereafter, on December 20, 2019, the Special Master issued a Ruling on Entitlement,
finding that petitioner was entitled to vaccine compensation for a GBS Table injury.

## I.     Items of Compensation

Based upon the evidence of record, respondent proffers that petitioner should be
awarded $84,265.00.  The award is comprised of the following:  $83,500.00 for pain and
suffering and $765.00 in past unreimbursed medical expenses.  This amount represents
all elements of compensation to which petitioner is entitled under 42 U.S.C. § 300aa-
15(a).  Petitioner agrees.

## II.    <u>Form of the Award</u>

The parties recommend that compensation provided to petitioner should be made through a lump sum payment of **$84,265.00**, in the form of a check payable to petitioner. Petitioner agrees.  Petitioner is a competent adult.  Evidence of guardianship is not required in this case.

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

C. SALVATORE D'ALESSIO
Acting Director
Torts Branch, Civil Division

CATHARINE E. REEVES
Deputy Director
Torts Branch, Civil Division

GABRIELLE M. FIELDING
Assistant Director
Torts Branch, Civil Division

s/ *Mark K. Hellie*
MARK K. HELLIE
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 146, Benjamin Franklin Station
Washington, D.C. 20044-0146
T: (202) 616-4208
E: mark.hellie@usdoj.gov

DATED:  February 27, 2020